FILED
April 27, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> RYAN CHEAL, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:12-mj-00050 KJN <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release Ryan Cheal; Case 2:12-mj-00050 KJN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of _____

    _X_    Unsecured Appearance Bond in the amount of $50,000.00; co-signed by defendant's mother, Jyl Cheal

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond secured by Real Property

    __    Corporate Surety Bail Bond

    _X_    (Other) Pretrial Supervision/Conditions.

Issued at Sacramento, CA on 4/27/2012 at 2:40 p.m.

By /s/ Kendall J. Newman
Kendall J. Newman
United States Magistrate Judge